**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000990
04-NOV-2015
08:00 AM**

NO. CAAP-14-0000990

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NORIKO ALVARADO, Plaintiff-Appellant, v.
JORGE ALVARADO IVAN, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 13-1-0029)

ORDER DENYING PLAINTIFF-APPELLANT'S
MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of "Appellant's Motion for Reconsideration From Summary Disposition Order Filed on October 19, 2015"[1] filed October 29, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawaii, November 4, 2015.

Chief Judge

Associate Judge

Associate Judge

---

[1] Counsel for Plaintiff-Appellant did not apply a 3-inch margin to his flyleaf as required by Hawaiʻi Rules of Appellate Procedure Rule 32(a). Future noncompliance with this rule may result in sanctions.